UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In Re TERRANCE WILLIAMS,

Case No.  3:22-CV-0201-MMD-CLB

**ORDER TO PAY FILING FEE
OR FILE APLICATION TO
PROCEED *IN FORMA PAUPERIS***

**I.      DISCUSSION**

On May 3, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted documents to the Court.  (ECF No. 1).  Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin an action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **June 17, 2022**. Absent unusual circumstances, the Court will not grant any further extensions of time.

If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **June 17, 2022,** this case will be subject to dismissal without prejudice for Plaintiff to file a new case

1  with the Court when Plaintiff is either able to acquire all three of the documents needed

2  to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing

3  fee.

4      A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

5  case with the Court, under a new case number, when Plaintiff has all three documents

6  needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff

7  may choose not to file an application to proceed *in forma pauperis* and instead pay the

8  full filing fee of $402 on or before **June 17, 2022** to proceed with this case.

9      The Court will retain Plaintiff's documents, (ECF No. 1), but the Court will not

10  proceed until Plaintiff timely files a fully complete application to proceed *in forma pauperis*

11  with all three documents or pays the full $402 filing fee.

12  **II.    CONCLUSION**

13      For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send

14  Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well

15  as the document entitled information and instructions for filing an *in forma pauperis*

16  application.

17      IT IS FURTHER ORDERED that on or before **June 17, 2022**, Plaintiff will either

18  pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

19  administrative fee) or file with the Court:

20      (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

21  Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

22  signatures on page 3),

23      (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

24  official (i.e. page 4 of this Court's approved form), and

25      (3) a copy of the **inmate's prison or jail trust fund account statement for the**

26  **previous six-month period**.

27      IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

28  application to proceed *in forma pauperis* with all three documents or pay the full $402

1    filing fee for a civil action on or before **June 17, 2022**, this case will be subject to dismissal

2    without prejudice for Plaintiff to refile the case with the Court, under a new case number,

3    when Plaintiff has all three documents needed to file a complete application to proceed

4    *in forma pauperis* or pays the full $402 filing fee.

5           IT IS FURTHER ORDERED that the Clerk of the Court will retain the documents

6    submitted by Plaintiff. (ECF No.1).

7           DATED:  May 5, 2022

8

9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28